UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA G. H., | ) CASE NO. EDCV 18-2553-AGR |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.

DATED: January 7, 2020

_____
ALICIA G. ROSENBERG
United States Magistrate Judge